**816 FIFTH AVENUE, INC.**, Landlord, Respondent, *v.* **ALMA C. LEONARD**, Tenant, Appellant.

Supreme Court, Appellate Term, First Department, March 6, 1947.

*Joseph Liff, Herman Keller* and *Carl U. Werner* for appellant.

*Barent L. Visscher* and *Joseph G. Kelly* for respondent.

Final order affirmed, with $25 costs.

Concur: HAMMER, SHIENTAG and EDER, JJ.